UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,

                                        Petitioners,

             -v-

PRIME CONTRACTORS, INC.,

                                        Respondent.

23 Civ. 872 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       On February 2, 2023, petitioners filed a petition to confirm an arbitration award. Dkt. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that petitioners shall file and serve any additional materials with which it intends to support their petition to confirm by March 13, 2023. Respondent's opposition, if any, is due on March 27, 2023. Petitioners' reply, if any, is due April 3, 2023.

      SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: February 27, 2023
         New York, New York