**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                        Petitioners,                           23 **CIVIL** 872 (PAE)

     -against-                                            **JUDGMENT**

PRIME CONTRACTORS, INC.,
                        Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 7, 2023, the Court has confirmed the Award in favor of Petitioner. Judgment is entered in favor of Petitioners and against respondent Prime Contractors in the remaining principal amount of $422,599.27, plus post judgment interest pursuant to 28 U.S.C. § 196l(a), together with attorneys' fees and costs in the amount of $1,115.50; accordingly, the case is closed.

**Dated**: New York, New York
          April 7, 2023

                                                                           **RUBY J. KRAJICK**

                                                                                 **Clerk of Court**
                                           **BY:**      *K. Mango*

                                                                                 **Deputy Clerk**