UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and the CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>                                                     Petitioners,<br><br>                    -against-<br><br>PRIME CONTRACTORS, INC,<br><br>                                                     Respondent. | 23 CV 872<br><br><br>**ORDER AND<br>CORRECTED<br>JUDGMENT** |

WHEREAS, the Petitioners having filed a petition to confirm an arbitration award ("Petition"), and the action having come before the Court, and the Court having entered judgment in favor of Petitioners on April 7, 2023, and

WHEREAS, the Court inadvertently awarded the remaining principal amount of $422,599.27 due under the arbitration award instead of the full balance of the arbitration award as intended and expressed in the Court's April 7, 2023 Opinion & Order, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the October 31, 2022 arbitration award ("Award") is confirmed and the April 7, 2023 judgment is corrected and entered in favor of the Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Awarding judgment in favor of the Petitioners and against Respondent in the amount of $499,189.39, representing the Award balance;

3. Awarding Petitioners $1,038.50 in attorneys' fees and $77 in costs arising out of this proceeding; and

4. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
    July 19          , 2023

By:     _Paul A. Engelmayer_
    U.S.D.J.
    Hon. Paul Engelmayer